PAUL ALEXANDER, Appellant, v RAYMOND KELLY, as the Police Commissioner of the City of New York, et al., Respondents.

Submitted April 23, 2012; decided June 12, 2012

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.